UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
INLAND BANK AND TRUST,

               Plaintiff,

     -against-                                     16-cv-9964 (LAK)

ARG INTERNATIONAL, AG,

               Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant is to advise by letter whether it intends to press its mitigation defense. If so, defendant shall provide the legal basis for its defense and describe what conduct it alleges plaintiff Inland Bank should have taken. Defendant's letter must be filed by the close of business on Saturday, January 11, 2020.

       Plaintiff is to submit its reply by the close of business Monday, January 13, 2020.

       SO ORDERED.

Dated:      January 9, 2020

                                                  Lewis A. Kaplan
                                         United States District Judge