United States District Court
Southern District of New York
-------------------------------------X
INLAND BANK & TRUST

Plaintiff

against

ARG INTERNATION

Docket Number 16-cv-9964

Defendant

METALLIC CONVERSION CORP. -------X
Third Party Defendant

This cause having duly come on to be heard before me ~as to the plaintiff's claim against the defendant~ and their attorneys ~for all parties~ having appeared and advised the Court that all such claims asserted herein have been settled, it is

ORDERED that the above captioned action be, and the same hereby is, discontinued ~with prejudice but without costs~ as between plaintiff and defendant; provided, however, that within 30 days of the date of this order, counsel for plaintiff ~or defendant may apply~ by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored provided the conditions set forth on the record today have been satisfied.

DATED: 1/16/2020

Hon. Lewis A. Kaplan, U.S.D.J.

I hereby consent to the entry of this proposed order:

_____        _____
Attorney for Plaintiff              Attorney for Defendant

Note: Consent should be signed by the responsible Attorney for each side and not a firm name.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 16 2020