Jeffrey Sklarz
Kellianne Baranowsky
Green & Sklarz LLC
One Grand Central Place
305 Madison Ave
New York, NY 10165
Tel.: (203) 285-8545
Fax: (203) 691-5454
Email: jsklarz@gs-lawfirm.com
  kbaranowsky@gs-lawfirm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 21 2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| INLAND BANK AND TRUST<br><br>　　　Plaintiff<br>v.<br><br>ARG INTERNATIONAL AG<br><br>　　　Defendant. | Civil Action No. 16-cv-9964 (LAK) (SN) |
| ARG INTERNATIONAL AG<br><br>　　　Third-Party Plaintiff<br>v.<br><br>METALLIC CONVERSION CORPORATION<br><br>　　　Third-Party Defendant. | [PROPOSED]<br>**DEFAULT JUDGMENT AS TO THIRD-PARTY DEFENDANT METALLIC CONVERSION CORP.** |

　　　This third-party action having been commenced by third-party plaintiff **ARG INTERNATIONAL AG** ("ARG" or "Third-Party Plaintiff") by the filing of a civil complaint on April 19, 2017 against third-party defendant Metallic Conversion Corporation ("Metallic

{00151364.1 }

Conversion" or "Third-Party Defendant") (the "Third-Party Complaint") (ECF No. 26); and the Clerk of the Court having issued a summons on April 21, 2017; and the service of the summons and Third-Party Complaint having been waived by counsel for Third-Party Defendant Metallic Conversion Corporation pursuant to the Waiver of Service Summons executed on May 2, 2017 (ECF No. 29); and Third-Party Defendant having failed to answer or otherwise move with respect to ARG's Third- Party Complaint; and the Clerk of the Court having issued a Certificate of Default against Metallic Conversion on August 17, 2017 (ECF No. 40);

NOW, on Third-Party Plaintiff's Motion for Default Judgment and the supporting Affidavit of Kellianne Baranowsky, Esq. and the exhibits thereto; it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that Third-Party Plaintiff ARG INTERNATIONAL AG has a judgment against Third-Party Defendant METALLIC CONVERSION CORPORATION in the amount of **$450,000.00**, consisting of damages on count one of the Third-Party Complaint for common law indemnification, *and it is further ORDERED, that the Clerk shall terminate DKT 121 and close the case.*

Dated: New York, New York

_Jan. 21_, 2020

_____
Lewis A. Kaplan
United States District Court Judge

2

{00151364.1}